## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br>            Plaintiff, | Case Number: 09-13994<br><br>Honorable: Patrick J. Duggan<br><br>Magistrate: Virginia M. Morgan<br><br>Claim Number:<br>1999A16770/1999A19219 |
| Sonya Collins,<br>            Defendant, | |

| | |
|---|---|
| Pamela S. Ritter<br>Attorney for Plaintiff<br>Holzman Ritter & Corkery PLLC.<br>28366 Franklin Road<br>Southfield, MI  48034<br>(248) 352-4340<br>usa@holzmanlaw.com<br>P47886 | Sonya Collins<br>In Pro Per Defendant<br>18215 N. Huntley Square<br>Beverly Hills, Michigan 48025 |

### ORDER FOR ENTRY OF CONSENT JUDGMENT
### WITH PARTIAL PAYMENT PROVISIONS

      Upon the stipulation of Pamela S. Ritter, attorney for the United States of America, plaintiff herein,

      IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Sonya Collins, in the principal amount of $591.52 for Claim 1999A16770 and $2,769.03 for Claim 1999A19219, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, and costs of $350.00, for a total balance of **$5,837.08** owing as of November 6, 2009**.**

      IT IS FURTHER ORDERED that the Defendant, Sonya Collins, may satisfy said Judgment by making monthly payments of $65.00 beginning December 10, 2009. Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial

compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: November 30, 2009


I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager